IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

United States of America

    v.                                    2:08-cr-114-4

William Smith

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 87) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 13 of the superseding indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: December 15, 2008                s\James L. Graham
                                  James L. Graham
                                  United States District Judge